520

No. 40022.—Protest 572424–G of John Wanamaker (New York).

Opinion by DALLINGER, J.   It was stipulated that the atomizers in question are the same as those passed upon in *Rice* v. *United States* (T. D. 49373).   The claim at 40 percent under paragraph 339 as household utensils was therefore sustained.

No. 40023.—Protests 419395–G, etc., of Draeger Shipping Co. et al. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of atomizers the same as those passed upon in *Rice* v. *United States* (T. D. 49373), and boxes, ball stands, and trays used chiefly for utilitarian purposes in the household or articles of hollow ware.   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 40024.—Protests 372630–G, etc., of J. E. Bernard & Co. et al. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of atomizers, bottles, boxes, cream jars, droppers, toothbrush tubes, trays, powder boxes, flacons, and toilet set used chiefly for utilitarian purposes in the kitchen, household, or on the table, or hollow ware.   The claim at 40 percent under paragraph 339 was therefore sustained.   *Rice* v. *United States* (T. D. 49373) followed.

No. 40025.—Protests 339327–G, etc., of Ferd. Bing & Co.'s Successors, Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of plates, vases, trays, boxes, bottles, atomizers, coupes, inkstands, sets, lamps, photo frames, shovel holders, andirons, screens, gueridons, bookends, perfume burners, and baskets chiefly used on the table, in the kitchen or in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was sustained on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373).

No. 40026.—Protests 238735–G, etc., of Adams Flanigan Co. et al. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of atomizers the same as those passed upon in *Rice* v. *United States* (T. D. 49373).   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 40027.—Protests 316441–G, etc., of Weiss & Biheller (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of atomizers the same as those passed upon in *Rice* v. *United States* (T. D. 49373).   The claim at 40 percent under paragraph 339 was therefore sustained.